183 So. 923

## E. C. POPE v. Robert L. HEARN, Jr.
### 6 Div. 370.

Supreme Court of Alabama.
Oct. 4, 1938.

Benners, Burr, McKamy & Forman, of Birmingham, for appellant.

Rosenthal & Rosenthal and Erle Pettus, all of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed.

184 So. 909

## Lula G. POWERS v. Anita BURDEN et al.
### I Div. 987.

Supreme Court of Alabama.
Nov. 17, 1938.

T. T. Shepard, of Mobile, for appellant.
Mahorner & Mahorner, of Mobile, for appellees.

PER CURIAM.
Affirmed.

180 So. 894

## Jasper (alias Japp) RAIA v. STATE.
### 6 Div. 129.

Supreme Court of Alabama.
April 21, 1938.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.
Appeal dismissed.

180 So. 894

## Jules RAST v. STATE.
### 7 Div. 505.

Supreme Court of Alabama.
April 14, 1938.

A. A. Carmichael, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for petitioner.

Motley & Motley, of Gadsden, opposed.

THOMAS, Justice.

Writ of certiorari denied on the authority of Mastoras v. State, 235 Ala. 519, 180 So. 115. It appears that the decision on certiorari in said case was followed by the Court of Appeals. Jesse McGee v. State, 235 Ala. 530, 180 So. 123.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

184 So. 909

## Roger F. RICE, Adm'r, et al. v. Karl Elliott PRINCE et al., pro ami.
### 8 Div. 918.

Supreme Court of Alabama.
Nov. 3, 1938.

Ben L. Britnell, of Decatur, for appellants.

Norman W. Harris, of Decatur, for appellees.

PER CURIAM.
Appeal dismissed by agreement.